IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damien Sweet,<br><br>              Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>              Defendant. | No. CV05-1567-PHX-SRB<br><br>**ORDER** |

     Plaintiff, Damien Sweet, filed his Civil Rights Complaint on May 25, 2005. On October 25, 2005 the Court issued a screen order advising Plaintiff that "at all times during th pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date. On October 28, 2005 Plaintiff's copy of the October 25, 2005 order was returned by the post-office with the notation "Undeliverable - Released."

     The Magistrate Judge filed her Report and Recommendation on December 5, 2005, recommending that Plaintiff's case be dismissed without prejudice for failure to comply with Court orders. The Court notes that the Plaintiff's copy of the Report and Recommendation has been returned by the post-office with the notation "Not Deliverable - Unable to Forward." The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED dismissing this case for Plaintiff's failure to comply with Court orders.

DATED this 21st day of December, 2005.

_____
Susan R. Bolton
United States District Judge